UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS WILLIAM SINCLAIR RICHEY,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN FLEENOR, ROY GONZALEZ,<br><br>Defendants. | CASE NO. C14-5158 RBL-KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION AND DEFENDANTS' MOTION TO STAY |

On June 4, 2014 Plaintiff Thomas Richey filed a motion for summary judgment. Dkt. 15. Defendants Steven Fleenor and Roy Gonzalez requested a continuance of the motion based on lack of sufficient time to engage in discovery. Dkt. 16. The extension was granted and the motion is currently noted for July 25, 2014. Dkt. 19.

On July 8, 2014, Defendants filed a motion to revoke Plaintiff's in forma pauperis (IFP) status. Dkt. 20. That motion is also noted for July 25, 2014. Defendants also moved to stay the ruling on Plaintiff's motion for summary judgment pending the outcome of their motion to revoke IFP. Dkt. 21. On July 21, 2014, Plaintiff moved for a 30 day extension of his deadline to respond to the motion to revoke. Dkt. 22.

Accordingly, it is **ORDERED:**

1     (1)    Plaintiff's motion for extension (Dkt. 22) is **GRANTED.** Plaintiff shall file his response to Defendants' motion to revoke his IFP status **on or before August 18, 2014.** The clerk shall **re-note** Defendants' motion to revoke IFP (Dkt. 20) for **August 22, 2014.**

    (2)    Defendant's motion to stay Plaintiff's motion for summary judgment (Dkt. 21) is **GRANTED.** Plaintiff's motion for summary judgment (Dkt. 15) is **STAYED** pending resolution of Defendants' motion to revoke IFP.

    (3)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

Dated this 5th day of August, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION AND DEFENDANTS' MOTION TO
STAY- 2