1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS WILLIAM SINCLAIR RICHEY,

                                    Plaintiff,                    No. C14-5158 RBL-KLS

           v.
                                                                 ORDER ADOPTING REPORT AND
STEVEN FLEENOR, ROY GONZALEZ,                                    RECOMMENDATION

                                    Defendants.

           The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

L. Strombom, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and **ORDER:**

           1)     The Court adopts the Report and Recommendation.

           2)     Defendants' motion to revoke *in forma pauperis* status (Dkt. 20) is
                  **GRANTED**.  Plaintiff has thirty days from entry of this order to pay the
                  full filing fee of Four Hundred Dollars ($400).  If Mr. Richey does not pay
                  the full filing fee **within thirty (30) days of the date of this Order,** this
                  action is **DISMISSED WITHOUT PREJUDICE**.

           3)     The Clerk is directed to send copies of this Order to Plaintiff and to the
                  Hon. Karen L. Strombom.

           **DATED** this 10th day of October, 2014.


                                    _____
                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE

ORDER  - 1